460 A.2d 860

Halulko, Appellant v. Halulko.

Before CERCONE, P.J., WIEAND and BECK, JJ.

The order of the lower court is affirmed.